Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street  
Greensboro, NC 27401

Bankruptcy Case No.: 14–10244

IN THE MATTER OF:  
Jeffery Dean Clifton      xxx–xx–7818  
Robin Bennett Clifton     xxx–xx–1838  
328 Oakgrove Rd  
Asheboro, NC 27205

    Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

James C. Lanik is discharged as trustee of the estate of the above named debtor.

The Chapter 7 case of the above named debtor is closed.

Dated: 3/31/15

*Catharine R. Aron*  
Catharine R. Aron  
United States Bankruptcy Judge